John D. Krasowski
johnk.change@gmail.com
1006 Vassar Ave
Wenatchee, WA 98801
Telephone:    509-860-3330

    Pro Se

David P.R. Symes, OSB No. 961350
dsymes@littler.com
Matthew Aaron Tripp, OSB No. 154394
mtripp@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison
Suite 900
Portland, OR  97204
Telephone:    503.221.0309
Fax No.:       503.242.2457

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN D. KRASOWSKI,** an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>**VACASA LLC,** a domestic limited liability company, and **JOE FREY,** an individual aider and abettor,<br><br>    Defendants. | Case No.: 3:16-cv-2181-SB<br><br>JOINT MOTION TO DISMISS |

### LR 7-1 CERTIFICATION

The parties hereby certify that they have conferred regarding this joint motion.

### MOTION

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses all claims in

JOINT MOTION TO DISMISS
Krasowski v. Vacasa LLC, et al.; Case No. 3:16-cv-2181-SB
Page 1

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR  97204
Tel: 503.221.0309

the present suit against all Defendants, <u>without prejudice</u>, in order to arbitrate Plaintiff's claims pursuant to an arbitration agreement.

In accordance with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), Defendants have served neither an Answer nor a Motion for Summary Judgment in the present case.

In accordance with the requirements of Fed. R. Civ. P. 41(a)(1)(B), Plaintiff has not previously dismissed any federal or state-court action based on or including any of the same claims as in the present case.

Dated:  February 6, 2017

Respectfully submitted,

*/s/ John D. Krasowski*
John D. Krasowski

Pro Se

LITTLER MENDELSON, P.C.

*/s/ Matthew A. Tripp*
David P.R. Symes, OSB No. 961350
Matthew A. Tripp, OSB No. 154394

Attorneys for Defendants

JOINT MOTION TO DISMISS
Krasowski v. Vacasa LLC, et al.; Case No. 3:16-cv-2181-SB
Page 2

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR  97204
Tel: 503.221.0309

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I served a full, true, and correct copy of the foregoing **JOINT MOTION TO DISMISS:**

- ☐ By hand delivery,
- ☒ By email,
- ☒ By the Court's Electronic Filing System,
- ☒ Mailing same, postage paid,

addressed to:

John D. Krasowski
1006 Vassar Avenue
Wenatchee, WA 98801

*Pro Se*

By:  */s/ Amai Hart*
Amai Hart

CERTIFICATE OF SERVICE
Krasowski v. Vacasa LLC, et al.; Case No. 3:16-cv-2181-SB
Page 1

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR  97204
Tel: 503.221.0309