IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN D. KRASOWSKI,                                      Case No. 3:16-cv-02181-SB

                    Plaintiff,                          **ORDER OF DISMISSAL**

          v.

VACASA LLC, et al.,

                    Defendants.

_____

    The Court GRANTS the parties' Joint Motion to Dismiss (ECF No. 7) filed on February

6, 2017. The Court ORDERS that this action is DISMISSED without prejudice.  The Clerk shall

strike all deadlines.

    DATED this 8th day of February, 2017.

                                        _____
                                        STACIE F. BECKERMAN
                                        United States Magistrate Judge

1 -- ORDER OF DISMISSAL